UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DEIRDRE C. GLASCOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Civil Action No. 1:09cv708 |
| | ) |
| CHARLES J. MARTOFF et al., | ) |
| | ) |
|     Defendants. | ) |

## MEMORANDUM OPINION

THIS MATTER came before the Court on Defendant's Motion for Sanctions (Dkt. 152) and Plaintiff's Motion to Strike Defendants Motion for Sanctions, Memorandum of Law and Exhibits (Dkt. 155).

The Honorable Gerald Bruce Lee granted summary judgment for defendant on December 15, 2010 and had the matter under consideration for issuance of a written opinion, which was issued on April 20, 2011. Plaintiff filed a Motion to Amend Judgment with a supporting memorandum to which defendant responded. Thereafter, the case was inactive for nearly three months until the most recent motions were filed.

The Court finds that defendant's Motion for Sanctions was unnecessary given the status of the case, and therefore should be denied. Plaintiff's Motion to Strike is thus moot.

An appropriate order shall be issued.

ENTERED this 2nd day of May, 2011.

_____/s/_____
                                            THERESA CARROLL BUCHANAN
                                            UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia